UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DIMMICK,

    Plaintiff(s),

  v.

UNITED STATES OF AMERICA, et al.,

    Defendant(s).
_____/

No. C 05-0971 PJH

**REVISED SCHEDULING ORDER**

In view of the ongoing settlement negotiations, the initial pretrial papers may be filed on or before August 29, 2006 instead of August 22, 2006, and oppositions to motions in limine shall be filed on or before September 11, 2006.

**IT IS SO ORDERED.**

Dated: August 16, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge