UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DIMMICK,

    Plaintiff(s),　　　　　　　　　　No. C 05-0971 PJH

    v.　　　　　　　　　　　　　　　**JUDGMENT**

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

    This action came before the court for trial, the undersigned judge presiding. On December 15, 2006, the court entered its findings of fact and conclusions of law, finding in favor of defendant. Consequently,

    it is Ordered, Adjudged and Decreed

    that judgment be entered in favor of defendant and against plaintiff, and further that defendant recover from plaintiff the costs of suit according to proof.

Dated: December 15, 2006

IT IS SO ORDERED.

                                                  _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge